IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01276-MSK -MJW

Kim Fox,

Plaintiff,

v.

MVP Automotive, Inc. d/b/a Colorado Springs Dodge
A Colorado corporation

Defendant.

---

**Order to, Wells Fargo Bank, N.A., to Pay Funds to Clerk of the Court**
(DN 21)

---

To: Wells Fargo Bank, N.A.

You are hereby Ordered to pay to the Clerk of the United States District Court for the District of Colorado the sum of *twenty thousand and sixty five dollars and forty one cents* ($20,065.41) in the above action.

The foregoing sum shall be paid forthwith.

IT IS SO ORDERED.

DATED this 30TH day of November, 2010.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE –
DISTRICT OF COLORADO

1